### KENNEDY *v.* SCHOFIELD'S SONS & COMPANY.

LEWIS, J.   This being a suit by a servant against his master to recover for personal injuries, and the evidence for the plaintiff showing no negligence on the part of the master, there was no error in awarding a nonsuit.

*Judgment affirmed.    All the Justices concurring.*

Argued June 14, — Decided July 22, 1901.

Action for damages.   Before Judge Nottingham.   City court of Macon.   June 8, 1900.

*Marion W. Harris*, for plaintiff.
*Dessau, Harris & Harris*, for defendant.